UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTOINE DYE,

    Defendant.

Case No. 3:20-CR-117-5

District Judge Michael J. Newman

---

**ORDER DENYING DEFENDANT'S MOTION TO APPOINT
NEW COUNSEL (DOC. NO. 61)**

---

This criminal case is before the Court upon Defendant Antoine Dye's *pro se* letter, which the Court liberally construes (in Defendant's favor) as a motion to appoint new counsel. Doc. No. 61; *Estelle v. Gamble*, 429 U.S. 97, 106 (1976) ("handwritten *pro se* document is to be liberally construed"). Defendant no longer wants his current counsel to represent him even though his counsel is well-qualified and highly skilled. Defendant's motion however fails to demonstrate that appointment of new counsel is warranted. Defendant's motion to appoint new counsel (doc. no. 61) is therefore **DENIED**.

    **IT IS SO ORDERED.**

June 21, 2021                                              s/Michael J. Newman
                                                                     Hon. Michael J. Newman
                                                                     United States District Judge