UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTOINE DYE,

    Defendant.

Case No. 3:20-cr-117-5

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

___

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 99)

___

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 99. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in Count 1 of the Indictment with conspiracy to kidnapping resulting in death in violation of Title 18 U.S.C. § 1201(c). Doc. No. 99. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **April 14, 2022 at 2:00 PM**.

    IT IS SO ORDERED.

January 11, 2022

/s Michael J. Newman
Hon. Michael J. Newman
United States District Judge